UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KECITE RENEE SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1997** |
| **JACQUELEN DAVENPORT, ET AL.** | **SECTION "E"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that plaintiff Kecite Renee Smith's 42 U.S.C. § 1983 claims and requests for relief against defendants inmate Jacquelen Davenport, the St. Tammany Parish Jail, Correctional Officers Mizzel, Burgess, Sparrow, Winn, and Magire, all security supervisors and medical nurses, and plaintiff's requests for compensatory damages for defamation and dismissal of PREA charges are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 and § 1915A as frivolous and for failure to state a claim for which relief can be granted.

**New Orleans, Louisiana, this 27th day of January, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**